## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MEDLINE INDUSTRIES, INC.
an Illinois Corporation,

        Plaintiff,

    v.

STRATEGIC COMMERCIAL SOLUTIONS,
INC., a Canadian corporation, CAPITAL
PAYMENT SYSTEMS, LLC, a Delaware
limited liability company, WORLD WIDE
MERCHANTS, LLC, a Florida limited liability
company, PRIME TIME SOLUTIONS, INC., a
Canadian corporation, 9121-3140 QUEBEC
INC., a Canadian corporation, GROUPE
CLADDAGH INC., a Canadian corporation,
9133-9069 QUEBEC INC., a Canadian
corporation, 9154-4619 QUEBEC INC., a
Canadian corporation, THOMAS WONG, an
individual, and MOHAMMED ABUKHALID,
an individual,

        Defendants.

Case No. 07 CV 2783

Judge Castillo

Magistrate Judge Mason

## SECOND AMENDED COMPLAINT

Plaintiff, Medline Industries, Inc. ("Medline"), for its Second Amended Complaint

against Defendants Strategic Commercial Solutions, Inc., Capital Payment Systems, LLC, World

Wide Merchants, LLC, Prime Time Solutions, Inc., 9121-3140 Quebec Inc., Groupe Claddagh,

Inc., 9133-9069 Quebec Inc., 9154-4619 Quebec Inc., Thomas Wong and Mohammed

Abukhalid ("Defendants") states as follows:

### Parties

1.    Medline is a corporation organized and existing under the laws of the State of

Illinois.  Its headquarters and principal place of business is at One Medline Place, Mundelein

Illinois 60600.

2.    Strategic Commercial Solutions ("SCS") is a corporation organized and existing under the laws of the Province of Quebec. Its headquarters and principal place of business is at 83 Ashgrove Avenue, Suite 201, Pointe Claire, Quebec H9R 3N5.

3.    Capital Payment is a limited liability company organized and existing under the laws of the State of Delaware. Its headquarters and principal place of business is at 1790 N Lee Trevino Drive, Fifth Floor, El Paso, Texas 79936.

4.    World Wide Merchants, LLC is a limited liability company organized and existing under the laws of the State of Florida. Its headquarters and principal place of business is at 4001 West Henry Avenue, Suite 306, Tampa, Florida 33614.

5.    Prime Time Solutions, Inc. is a corporation organized and existing under the laws of the Province of Quebec. Its headquarters and principal place of business is at 5430 Queen Mary Road, Montreal, Quebec H3X 1V6.

6.    9121-3140 Quebec Inc. is a corporation organized and existing under the laws of the Province of Quebec. Its headquarters and principal place of business is at 1408 Rue Rancourt, LaSalle, Quebec H8N 1R6.

7.    Groupe Claddagh, Inc. is a corporation organized and existing under the laws of the Province of Quebec. Its headquarters and principal place of business is at 1010 Rue Sherbrooke Ouest, Montreal, Quebec H3A 2R7.

8.    9133-9069 Quebec Inc. is a corporation organized and existing under the laws of the Province of Quebec. Its headquarters and principal place of business is at 1396 Rue Sainte-Catherine, Suite 318, Montreal, Quebec H3G 1P9.

9.    9154-4619 Quebec Inc. is a corporation organized and existing under the laws of the Province of Quebec and does business under the name "Identacall, Inc." (referred to herein as

"Identacall"). Its headquarters and principal place of business is at 881 Boulevard Alexis Nihon, St. Laurent, Quebec H4M 2B8.

10. Thomas Wong is a resident of Quebec, with his principal place of business at 1408 Rue Rancourt, LaSalle, Quebec H8N 1R6.

11. Thomas Wong is the president, secretary, and sole shareholder of defendant 9121-3140 Quebec Inc. (collectively referred to herein as "Wong") and directs and controls the activity of that corporation.

12. On information and belief, Mohammed Abukhalid is a resident of Quebec, with a place of business at 1396 Rue Sainte-Catherine, Suite 318, Montreal, Quebec H3G 1P9.

13. On information and belief, Mohammed Abukhalid is the president, secretary, and sole shareholder of defendant 9133-9069 Quebec Inc. (collectively referred to herein as "Abukhalid") and directs and controls the activity of that corporation.

### Jurisdiction and Venue

14. This is an action for trademark infringement, unfair competition, and trademark dilution under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, for deceptive and abusive telemarketing under the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. § 6101 *et seq.*, for deceptive trade practices under the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.* and the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, and for trademark infringement and unfair competition under common law. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1338 and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the state and common law claims under 28 U.S.C. § 1367. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

15. This court has general personal jurisdiction over Defendants SCS, Capital Payment Systems, and World Wide Merchants because of their continuous and systematic

general business contacts with Illinois. This court has specific personal jurisdiction over all of the defendants because they knowingly harmed an Illinois trademark holder and directed their activities to banks in Illinois, and because this litigation results from the injuries that arise out of or relate to those activities.

## Facts

## Medline's World-Famous MEDLINE trademarks

16.     Medline is a leading manufacturer and distributor of medical products, with annual sales of over $3 billion.

17.     Since at least 1968, Medline has continuously used the trademark MEDLINE in connection with its medical products.

18.     Medline owns valid and subsisting federal trademark registrations issued by the United States Patent and Trademark Office for the MEDLINE mark, including those listed in the chart attached as **Exhibit 1**.

19.     Medline's Reg. Nos. 0894673, 0894684, 0897881, and 1810374 for MEDLINE have become incontestable under the Lanham Act, and the certificates of registration constitute "conclusive evidence" of "the validity of the registered mark, of the registrant's ownership of the mark, and of the registrant's exclusive right to use of the mark in connection with the goods or services specified in the registration." 15 U.S.C. § 1115.

20.     Medline has used the MEDLINE mark on a worldwide basis and has registered the mark in several foreign jurisdictions. For example, Medline owns Reg. No. TMA538632, a valid and subsisting trademark registration issued by the Canadian Intellectual Property Office for the MEDLINE mark for use with various medical products.

21.   Medline has registered the Internet domain name <medline.com> and operates a web site at that address at which it has sold and promoted its medical products since approximately 1998.

22.   Medline enjoys a valuable reputation and goodwill among consumers as a provider of high-quality medical products.  The trademark MEDLINE has come to be recognized and associated by consumers exclusively with the high-quality medical products provided by Medline.  Medline's medical products are widely sought by consumers around the nation for their excellent reputation.

23.   The MEDLINE trademark is a valuable business and marketing asset to Medline, and indicates to consumers the high-quality goods and services originating only from Medline. Medline has expended substantial time, effort, and money in advertising, promoting and marketing its MEDLINE goods and services throughout the United States for at least the past 40 years, and, as a result, the MEDLINE trademark has become famous.

### The "Medline Savings" Telemarketing Operation

24.   Beginning sometime in 2006, Wong and Abukhalid began telephoning consumers throughout the United States under the name "Medline Savings," ostensibly offering to sell them "pharmaceutical discount packages" for $398 each.

25.   In connection with their "Medline Savings" operations, Wong and Abukhalid entered into contracts under the names "Benashore Marketing Group, Inc." and "Media Alliance Marketing, Inc.," but these entities were dummy corporations with no officers, assets, or valid addresses.

26.   For example, Benashore is listed in corporate filings at 5348 Vegas Drive in Las Vegas, Nevada, with Sheilah King as its president, secretary, and treasurer.  However, Sheilah King is merely an employee of the company used to help incorporate Benashore, and 5348

Vegas Drive is her company's address. Sheilah King never met the principals behind Benashore, communicating with them electronically. All mail she sent to these principals was returned to her as undeliverable. The State of Nevada has suspended Benashore for failing to file any corporate records.

27. Similarly, Media Alliance Marketing is listed in corporate filings with David Vizcaino as its sole officer, and his signature appears on at least one "Medline Savings" related contract. However, on information and belief, David Vizcaino was the victim of identity theft and had no knowledge of the "Medline Savings" operation or the formation of Media Alliance Marketing. On information and belief, Wong and Abukhalid forged Mr. Vizcaino's signature in connection with these "Medline Savings" documents. In fact, the address listed for the individual who incorporated Media Alliance is Wong's own address. See **Exhibit 2**.

28. Wong and Abukhalid provided their "Medline Savings" consumers with one of two false addresses—16192 Coastal Highway in Lewes, Delaware or 1320 State Route 9 in Champlain, New York. On information and belief, the Delaware address belongs to Media Alliance's registered agent. Mail sent to "Medline Savings" at that address was returned to consumers as undeliverable. The New York address belongs to a bulk mail-forwarding company known as Freeport Forwarding. Neither Wong nor Abukhalid ever filled out any "Medline Savings" paperwork with Freeport, paid Freeport's fee, or provided any contact information whatsoever to Freeport. As a result, mail sent to "Medline Savings" at that New York address was neither forwarded to the Wong and Abukhalid nor returned to consumers.

29. On information and belief, Wong and Abukhalid used their "Medline Savings" calls to target elderly consumers, knowing that such consumers would be most vulnerable to offers involving discount Canadian pharmaceuticals.

30.    In order to attempt to verify these consumers' purported payment authorizations, Wong and Abukhalid worked with defendant Identacall to record the end of each one of these "Medline Savings" calls.

31.    In placing the "Medline Savings" calls, Wong and Abukhalid often made sales to consumers who did not understand what was being said to them, and who therefore were not competent to authorize these transactions. In addition, Wong and Abukhalid often used high-pressure sales techniques to get consumers to divulge their bank account information and to encourage consumers to comply during the verification recordings. For example, the following is from an Identacall recording made on January 30, 2007:

> Telemarketer [speaking quickly]: Now in the next 4-6 weeks you'll be receiving your discount pharmaceutical package as well as your $500 gift certificate for the catalog service, as far as billing is concerned the total is a one-time charge of $398 to be debited in a few days and appearing on your next month's bank statement as Medline Savings. Do we have your authorization, yes or no?
>
> Elderly Consumer: [Long pause]. Okay.
>
> Telemarketer: Is that a yes? Do we have your authorization, yes or no?
>
> Elderly Consumer: I don't know what we're talking about, so I'll say yes.
>
> Telemarketer: [Sighs]. That comment was not necessary! Just answer yes! Don't say "I don't know what we're talking about, yes." Just answer yes only, ma'am, right away!

In another such example, on March 8, 2007, Identacall recorded a similar "verification" by Abukhalid and Wong:

> Telemarketer: For quality control and your protection we're recording this call, is that okay?
>
> Elderly Consumer: Yes. I supp…yes.

Telemarketer: Okay, now you…

Elderly Consumer: I don't understand it though….

Telemarketer: Florence! There can be no talking during
the recording! Florence, I thought I explained this to you.

Elderly Consumer: Alright, alright.

Telemarketer: This is to process your numbers that are on
computer systems, please Florence, don't interrupt, okay?
It really doesn't take very long, so it shouldn't, you know,
I don't want to take too much longer than what it has to.

32.    In placing the "Medline Savings" calls, Wong and Abukhalid often falsely

claimed to be calling from the consumer's own bank, claiming to be correcting a security

problem with the account. Through such false statements, Wong and Abukhalid intentionally

deceived these consumers into divulging their bank account information. For example, the

following is from the transcript of a recording made by Identacall on October 30, 2006:

Elderly Consumer: You have the information now
that they're supposed to have?

Telemarketer: He already has it, but he's doing a bank
recording, to send to the bank, to assure them that we
have taken care of the problem that was made.

Elderly Consumer: Well, they gonna record this
again?

Telemarketer: They have to, to send it to the bank, so
that the bank knows that we took care of the problem.

Elderly Consumer: Well, do you mean there is a
problem with the check?

Telemarketer: Exactly, that is what we are doing.
We're trying to secure your information, no?

Elderly Consumer: Okay. Okay.

> Telemarketer: Okay? So just don't ask any questions on the recording.

In another example, on March 5, 2007, Identacall recorded a similar "verification" by Abukhalid and Wong:

> Telemarketer [speaking quickly]: Now you do understand that we're not affiliated with your Bank, Medicare or any governmental agency, is that clear?
>
> Elderly Consumer: Yeah, in that case why are you doing it?
>
> Telemarketer: Ma'am, you're interrupting the verification recording. All that question means is that we're not *calling* from your local branch. This is the head security office. We're the verification office. We're Bank of America.
>
> Elderly Consumer: Oh, okay.
>
> Telemarketer: So just answer with a yes only *please*.
>
> Elderly Consumer: Okay.

33. In placing the "Medline Savings" calls, Wong and Abukhalid often misled consumers by falsely claiming that they would not be charged anything for the $398 pharmaceutical discount package. Through such false statements, Wong and Abukhalid intentionally deceived these consumers into divulging their bank account information. For example, the following is taken from the transcript of a recording made by Identacall on January 29, 2007:

> Telemarketer [speaking quickly]: In 4-6 weeks you're going to be receiving your discount pharmaceutical package as well as your $500 gift certificate to the catalog service, as far as billing is concerned, total is a one-time charge of $398 to be debited in a few days, appearing on your next month's bank statement as Medline Savings….

> Elderly Consumer: Well, I don't want it debited off my account.
>
> Telemarketer: That's the value of the gift certificate, Helen. Wasn't that explained to your already?
>
> Elderly Consumer: No, not that I had to pay for it, no.
>
> Telemarketer: No, you're not having to pay for it. That's the value of the gift certificate.

In another example, on February 12, 2007, Identacall recorded a similar "verification" by Abukhalid and Wong :

> Telemarketer [speaking quickly]: Now in the next 4-6 weeks you'll be receiving your discount pharmaceutical package as well as your $500 gift certificate for the catalog service, as far as billing is concerned the total is a one-time charge of $398 to be debited in a few days and appearing on your next month's...
>
> Elderly Consumer: Wait, wait, you're charging me three hundred and something?
>
> Telemarketer: No, no, that's just the value of the coupons, Ma'am! $398, okay?
>
> Elderly Consumer: Okay, alright. [Laughter].
>
> Telemarketer: I know, I know, it's like...
>
> Elderly Consumer: That's just what it sounded like.

34.    On information and belief, at the end of each day, Wong and Abukhalid contacted defendant SCS to send the names, addresses, and bank account information for each "Medline Savings" consumer purportedly giving their consent.

35.    SCS then listened to each and every Identacall verification recording—including, on information and belief, each of the recordings described in paragraphs 31-33 of this Complaint. SCS's job was to decide whether each consumer had given informed consent. If so,

SCS would instruct Capital Payment Systems or World Wide Merchants to debit the consumers' bank accounts. SCS was paid a percentage of the $398 charge to every consumer it determined had given consent. The more consumers that SCS approved, the more money SCS was subsequently paid by Wong and Abukhalid.

36.     Capital Payment Systems and World Wide Merchants, at SCS's direction, electronically debited $398 from the "approved" consumers' bank accounts. These electronic deductions were performed under the name "Medline Savings," with that name appearing on the electronic checks submitted to the consumers' banks and on their bank statements as well. See **Exhibit 3**. SCS directed Capital Payment Systems and World Wide Merchants to make these $398 "Medline Savings" deductions from banks throughout the United States, including banks in Illinois. Capital Payment Systems and World Wide Merchants have provided their services to thousands of other unrelated companies throughout the United States, and in so doing have electronically deducted funds from numerous consumers and their bank accounts in Illinois.

37.     After electronically deducting the "Medline Savings" funds from these bank accounts, Capital Payment and World Wide Merchants then wired the funds to an account with Key Bank in upstate New York. That bank account is controlled by a Canadian financial exchange company known as Denarius Financial Group, which in turn funneled the "Medline Savings" funds to Wong, Abukhalid, Groupe Claddagh, Identacall, Prime Time Solutions, and SCS. With the exception of Identacall and SCS, Denarius transferred these funds to these defendants by cutting checks made payable to these entities and personally handing them to Abukhalid for delivery. Between July of 2006 and May of 2007, Denarius funneled at least $1,000,000 in "Medline Savings" funds to these defendants in this manner. On information and belief, Wong and Abukhalid used Groupe Claddagh to surreptitiously funnel approximately $200,000 of this $1,000,000 to themselves, by having Denarius cut checks made payable to

Groupe Claddagh and then having Groupe Claddagh give Wong and Abukhalid cash in return, less Groupe Claddagh's commission. On information and belief, Wong and Abukhalid engaged in this practice to avoid paying taxes on these funds.

38.     On information and belief, after directing the payment processors to debit $398 from each consumer's bank account, SCS directed defendant Prime Time Solutions to fulfill the consumers' orders by sending them their "pharmaceutical discount package." These "fulfillments" consisted of nothing more than an application form and promotional materials relating to a Canadian pharmaceutical website. These fulfillments did not include any sort of "gift certificate" promised by Wong and Abukhalid. These fulfillments were sent bearing the names "Medline" or "Medline Savings." See **Exhibit 4**.

39.     Consumers were given a toll-free number, (866) 395-2013, to contact "Medline Savings." That number is owned and operated by SCS. Some of the calls placed to this "Medline Savings" number came from Illinois banks and residents.

40.     SCS owns and operates numerous other toll-free numbers, with each of these numbers corresponding to a unique telemarketing scheme. For example, Defendant SCS has owned and operated (866) 341-6676 in connection with "PC One," (866) 342-3969 in connection with "Secure Source," (866) 467-3536 in connection with "PharmacyCards.com," and (866) 282-8618 in connection with "Priority Savings." Each of these telemarketing schemes targeted consumers in Illinois and elsewhere, with Illinois consumers filing complaints with the Better Business Bureau. On information and belief, in connection with such telemarketing schemes, SCS instructed payment processors to deduct funds from numerous banks throughout Illinois.

41.     Calls to these various SCS numbers—including to the (866) 395-2013 number for "Medline Savings"—all reached the same call center operated by SCS. However, SCS never identified itself by its actual name, instead referring to itself to consumers as "Customer Service"

-12-

or "Client Care Relations." SCS would ask callers to identify which toll-free number they had dialed, and when the callers identified the (866) 395-2013 number, SCS said that the callers had transacted business with "Medline Savings." During these calls, SCS would use the callers' telephone number to access their electronic records, including the Identacall verification recording related to that transaction.

42. SCS received calls from "Medline Savings" consumers not long after Wong and Abukhalid made their telemarketing calls. On information and belief, in order to prevent these consumers from closing their bank accounts or reversing the $398 charge in time, SCS acted to persuade these consumers of the legitimacy of the "Medline Savings" operation. On information and belief, in this manner, SCS ensured that more money was sent to Wong and Abukhalid, which in turn meant that more money was sent to SCS.

43. SCS also received numerous calls from "Medline Savings" consumers advising SCS that Wong and Abukhalid had committed fraud by (i) engaging in transactions with individuals who did not understand the nature of the transactions; (ii) falsely claiming to be calling from the consumers' bank, or (iii) insisting that no money would be debited from their bank accounts. On information and belief, in some instances, in order to placate these consumers, SCS advised them that refunds would be sent to their bank accounts within a set period of time, even though SCS rarely if ever processed any such refunds. On information and belief, in some instances, with full knowledge that such statements were false, SCS advised consumers that Wong and Abukhalid had "gone bankrupt" or "gone out of business."

44. On information and belief, Capital Payment Systems, World Wide Merchants, SCS, Prime Time Solutions, Groupe Claddagh, and Identacall each continued to supply their services to the "Medline Savings" operation when they knew or should have known that Wong and Abukhalid were committing telemarketing fraud and deceiving consumers as to the source or

sponsorship of their goods and services. For example, SCS continued to provide extensive support to the "Medline Savings" operation, including directly controlling and monitoring the instrumentality of this wrongdoing, despite receiving clear evidence of this wrongdoing in the form of the Identacall recordings it reviewed and the consumer complaints it received. Similarly, Capital Payment Systems and World Wide Merchants continued to debit "Medline Savings" money from consumers' accounts, despite customer complaints and bank chargebacks.

45.     Defendants have committed these acts without Medline's  permission or consent.

46.     On information and belief, Defendants have committed these acts with full knowledge of Medline's long prior use and ownership of the MEDLINE trademark, and with full knowledge that they would harm Medline and its business in Illinois.

47.     On information and belief, Defendants have committed these acts to deceive consumers into believing they were purchasing a product or service sold or endorsed by Medline.

48.     On information and belief, Defendants have committed these acts to profit from the considerable goodwill owned by Medline in its MEDLINE trademark.

49.     On information and belief, numerous consumers have been confused into believing that the "Medline Savings" telemarketing operation was affiliated with or endorsed by Medline. In fact, some consumers and law enforcement officials have contacted Medline, believing it to be operating the "Medline Savings" telemarketing scheme.

## COUNT I – TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT

### (against Wong, Abukhalid, and SCS, Capital Payment Systems, and World Wide Merchants)

50.     Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 49 of its Complaint.

51.    Wong and Abukhalid engaged in a pattern and practice of deceptive and abusive telemarketing by misrepresenting the actual cost of the "Medline Savings" package, fraudulently claiming to be calling from consumers' banks in order to obtain their bank account information, causing consumers' bank accounts to be debited without their actual authorization, and failing to establish proper mechanisms by which consumers could obtain a refund.

52.    SCS, Capital Payment Systems and World Wide Merchants provided substantial assistance and support to Wong and Abukhalid, despite knowing or consciously avoiding knowing that Wong and Abukhalid were engaged in the aforementioned deceptive and abusive telemarketing practices.

53.    As a result of the aforesaid acts, Defendants have violated the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6102(a)(2) and 6104(a); 16 C.F.R. § 310.3(b).

54.    As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property, in an amount well in excess of $50,000.  The injury to Medline is and continues to be immediate and irreparable.

## COUNT II – DIRECT TRADEMARK INFRINGEMENT

### (against Wong, Abukhalid,  SCS, Capital Payment Systems, World Wide Merchants, and Prime Time Solutions)

55.    Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 54 of its Complaint.

56.    Defendants' use of the MEDLINE trademark as alleged herein is likely to cause confusion, to cause mistake, or to deceive consumers as to the source of origin of Defendants' goods and services.

57.     Defendants' aforesaid acts constitute trademark infringement in violation of the Trademark Laws of the United States, 15 U.S.C. § 1114, and at common law.

58.     On information and belief, the foregoing acts of infringement have been and continue to be deliberate, willful, and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

59.     As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property.  The injury to Medline is and continues to be immediate and irreparable.   An award of monetary damages alone cannot fully compensate Medline for its injuries and Medline lacks an adequate remedy at law.

### COUNT III – CONTRIBUTORY TRADEMARK INFRINGEMENT

**(against SCS, Capital Payment Systems, World Wide Merchants,
Prime Time Solutions, Identacall and Groupe Claddagh)**

60.     Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 59 of its Complaint.

61.     On information and belief, with direct control and monitoring of the instrumentality used by Wong and Abukhalid to infringe Medline's trademark, Defendants continued to supply their services to Wong and Abukhalid, even though they knew or should have known of such infringement.

62.     Defendants' aforesaid acts constitute contributory trademark infringement in violation of the Trademark Laws of the United States, 15 U.S.C. § 1114, and at common law.

63.     On information and belief, the foregoing acts of infringement have been and continue to be deliberate, willful, and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

64.     As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property.  The injury to Medline is and continues to be immediate and irreparable.  An award of monetary damages alone cannot fully compensate Medline for its injuries and Medline lacks an adequate remedy at law.

## COUNT IV – UNFAIR COMPETITION

### (against Wong, Abukhalid,  SCS, Capital Payment Systems, World Wide Merchants, and Prime Time Solutions)

65.     Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 64 of its Complaint.

66.     Defendants' use of Medline's trademark as alleged herein constitutes unfair competition, false representation, and false designation of origin upon and in connection with Defendants' goods and services, and thus violates 15 U.S.C. § 1125(a) and common law.

67.     Specifically, Abukhalid and Wong identified themselves using the MEDLINE trademark in telephone calls made to consumers throughout the United States in 2006 and 2007. SCS directed payment processors to deduct funds from bank accounts throughout the United States in 2006 and 2007, with the MEDLINE trademark used in all of these transactions. Moreover, during that same time period and again using the MEDLINE trademark, SCS directed Prime Time Solutions to send out fulfillment packages to consumers throughout the United States.  Capital Payment Systems and World Wide Merchants deducted funds from bank accounts throughout the United States in 2006 and 2007, using the MEDLINE trademark in connection with all of these transactions.  And Prime Time Solutions sent out fulfillment packages to consumers throughout the United States in 2006 and 2007, with each one bearing the MEDLINE trademark.

68.     Defendants' aforesaid use of the MEDLINE trademark suggests association, affiliation, or sponsorship with or approval by Medline, so as to cause, or be likely to cause, confusion or mistake, or to deceive consumers as to the origin of Defendants' goods and services.  Such use constitutes an effort to pass off such goods and services as originating from or approved by Medline, all to the gain of Defendants and to the loss of and damage to Medline.

69.     As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property.  The injury to Medline is and continues to be immediate and irreparable.   An award of monetary damages alone cannot fully compensate Medline for its injuries and Medline lacks an adequate remedy at law.

## COUNT V – TRADEMARK DILUTION UNDER THE LANHAM ACT

### (against Wong, Abukhalid,  SCS, Capital Payment Systems, World Wide Merchants, and Prime Time Solutions)

70.     Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 69 of its Complaint.

71.     Defendants' use of Medline's trademark as alleged herein has caused and will cause dilution and tarnishment of the distinctive quality of Medline's famous trademark in violation of 15 U.S.C. §1125(c)(1).

72.     The foregoing acts of dilution result from Defendants' willful intention to trade upon Medline's reputation, making this an exceptional case within the meaning of 15 U.S.C. § 1125(c)(2), and entitling Medline to the remedies set forth in 15 U.S.C. § 1117.

73.     As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property.  The injury to Medline is and continues to be immediate and irreparable.   An award of monetary damages alone cannot fully compensate Medline for its injuries and Medline lacks an adequate remedy at law.

## COUNT VI – DECEPTIVE TRADE PRACTICES ACT

### (against Wong, Abukhalid, SCS, Capital Payment Systems, World Wide Merchants, and Prime Time Solutions)

74.     Medline incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 73 of its Complaint.

75.     Defendants' use of Medline's trademark as alleged herein constitutes a passing off by Defendants of their goods and services as those of Medline's. Such use is likely to cause confusion or misunderstanding on the part of consumers as to the source, sponsorship, affiliation, connection, association, certification or approval of Defendants' goods and services.

76.     As a result of these aforesaid acts, as well as Defendants' aforesaid violations of the Telemarketing and Consumer Fraud and Abuse Prevention Act, Defendants have been and are engaging in deceptive trade practices within the meaning of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.* and the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*

77.     As a result of the aforesaid acts by Defendants, Medline has been severely injured in its business and property. The injury to Medline is and continues to be immediate and irreparable. An award of monetary damages alone cannot fully compensate Medline for its injuries and Medline lacks an adequate remedy at law.

### Prayer For Relief

WHEREFORE, Medline prays:

1.     That Defendants and their officers, directors, agents, representatives, attorneys and all persons acting or claiming to act on their behalf or under their direction or authority, and all persons acting in concert or in participation with Defendants, be preliminarily and permanently enjoined from:

(a)     representing in any manner or by any method whatsoever that goods and services not sponsored, approved, or authorized by or originating from Medline but provided by Defendants are sponsored, approved, or authorized by or originate with Medline, or from otherwise taking any action likely to cause confusion, mistake, or deception of the public as to the origin, approval, sponsorship, or certification of such goods and services; and

(b)     representing in any manner or by any method whatsoever that any business conducted by Defendants is connected, affiliated, or otherwise associated with Medline, or from otherwise taking any action likely to cause confusion, mistake, or deception on the part of the public as to the connection, affiliation, or other association of Defendants' businesses with Medline; and

(c)     using the trademark MEDLINE, or any other trademark that is a colorable imitation of or is confusingly similar in any manner to that trademark, on or in connection with the sale, offering for sale, advertisement, or promotion of any goods or services not originating with Medline.

2.      That Medline have an accounting for damages and for all the profits of Defendants together with those profits lost by Medline due to the actions of Defendants complained of herein.

3.      That Medline be granted an award for damages due to the injury to its business reputation and the loss of its goodwill by reason of Defendants' engagement in or substantial assistance to deceptive and abusive telemarketing practices, and by Defendants' offer to sell and sales of goods and services not emanating from Medline but identified with Medline's MEDLINE trademark.

4. That the damages assessed against Defendants be trebled pursuant to 15 U.S.C. § 1117.

5. That Defendants pay punitive damages for their willful conduct in violation of the Illinois Consumer Fraud and Deceptive Practices Act, pursuant to 815 ILCS 505/10a.

6. That Defendants pay Medline's costs and disbursements in this action, including its reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117, 815 ILCS 510/3, and 15 U.S.C. § 6104(d).

7. That Medline have such other and further relief as this Court may deem just.


## Jury Demand

Medline hereby demands trial by jury for all issues so triable.


Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

Dated: January 10, 2008

By: _____
     Janet A. Marvel
     Jared D. Solovay
     311 South Wacker Drive, Suite 5000
     Chicago, Illinois  60606
     (312) 554-8000

*Attorneys for Plaintiff Medline Industries, Inc.*

# Exhibit 1

# CHART OF MEDLINE TRADEMARK REGISTRATIONS

| Mark | Goods/ Services | First Use in Commerce | U.S. Reg. No. | Registration Date |
|------|-----------------|----------------------|---------------|-------------------|
| MEDLINE | Towels; stockinet fabric; mattress covers; pillow cases; blankets; bleached broadcloth fabric; washcloths; sheets for use as sanitary coverings; bath mats; and gauze fabrics. | 10/03/1968 | 0894673 | 07/14/1970 |
| MEDLINE | Hospital and surgical appliances-namely, syringes and needles; surgical scalpels and blades; suction equipment for surgery; rubber bags for use in connection with respiratory equipment; blood pressure measuring equipment; sterilizers; sanitary urinals; stitch pincers; surgical scissors; blood lancets; suture removal kits; specimen containers; splints; intravenous arm boards; blood collectors; oral and rectal thermometers; percussion hammers for medical use; irrigation trays; stopcocks; medicine droppers; observation tube glass; surgical instruments; needles and stylets; drainage bags; crutch tips; porous tapes; swabs; absorbent cotton balls and sponges; stomach tubes; catheters and catheter trays; emesis basins and covers; latex bulbs; finger splints; nipple caps; plastic bandages; pelvic traction belts; clavicle straps and pads; enema kits; respiratory equipment for infants; gauze packing strips; gauze tubing; cloth medical dressing; bed pan covers; face masks; surgical gloves; wrist restraints; surgical gowns and garments. | 09/30/1968 | 0894684 | 07/14/1970 |

| Mark | Goods/ Services | First Use in Commerce | U.S. Reg. No. | Registration Date |
|---|---|---|---|---|
| MEDLINE | Hospital garments for hospital personnel and patients-namely, lab coats; diapers; pants; slippers; caps for nurses; leggings; protective vests; and scrub shirts. | 10/04/1968 | 0897881 | 09/01/1970 |
| MEDLINE | Mouthwash and castille skin soap in International Class 003. | Class 003: 1967 | 1810374 | 12/14/1993 |
| | Preparations for medical use; namely, isopropyl alcohol, alcohol treated prep pads, hydrogen peroxide, lubricating jelly, sitz bath, and providone/iodine solutions; and re-usable incontinence garments in International Class 005. | Class 005: 1967 | | |
| | Medical devices; namely, dressing change trays, alternating pressure pumps, and pads, disposable bedside bags, single-use cold and hot compresses, adhesive tape removal pads, enternal gravity feeding apparatus, sharps containers, skin scrub trays, bio-hazard bags for storing medical waste, resting electrodes, I.V. start kits consisting essentially of catheters, catheter placement device, tape, tourniquet, iodine prep capsule, alcohol swab, gauze, sponges, ointments, adhesive bandages, and identification labels; and shaving preparation sets comprised essentially of disposable razor and shaving cream in International Class 010. | Class 010: 04/30/1983 | | |
| | Facial tissue in International Class 016. | Class 016: 01/31/1990 | | |

# Exhibit 2

# CERTIFICATE OF INCORPORATION

## OF

### MEDIA ALLIANCE MARKETING INC.

**FIRST:** The name of the corporation is . MEDIA ALLIANCE MARKETING INC.

**SECOND:** The address of the initial registered office of the corporation in the State of Delaware is 615 South DuPont Highway, in the City of Dover, County of Kent, 19901, and the name of the initial registered agent therein and in charge thereof, upon whom process against the corporation may be served is National Corporate Research, Ltd.

**THIRD:** The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH:** The total number of shares the corporation shall have authority to issue is 100 shares of common stock, each without par value.

**FIFTH:** The corporation shall have perpetual existence.

**SIXTH:** No director shall be personally liable to the corporation or any of its stockholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) pursuant to Section 174 of the Delaware General Corporation Law or (iv) for any transaction from which the director derived an improper personal benefit. Any repeal or modification of this Article Sixth by the stockholders of the corporation shall not adversely affect any right or protection of a director of the corporation existing at the time of such repeal or modification with respect to acts or omissions occurring prior to such repeal or modification.

**SEVENTH:** The Corporation shall have the right to indemnify any and all directors and officers to the fullest extent permitted by the Delaware General Corporation Law.

**EIGHTH:** The name and mailing address of the incorporator is. Garth McIntosh 1408 Rancourt, Montreal, Quebec, Canada H8N1R6

I, being the sole incorporator hereinbefore named, hereby sign this certificate for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Delaware this day of 19.  OCTOBER 28, 2002

_____
Sole Incorporator
Garth McIntosh

# Exhibit 3


07-5321

800-860-1404
Pay to the Order of
Bank of Texas, N.A.
Fort Worth, TX
For Deposit Only
Capital Payment Systems LLC

0552920270 03/06/2007 01

EILEEN FARTHING
1727 CHAMBERLAIN WAY
HASLETT MI
48840

COMERICA BANK
PO BOX 75000
DETROIT MI
48275

104579

3/5/2007

Pay To The Order Of CPS Medline Savings $ 398.00

Three Hundred Ninety-Eight and 00/100*************************** Dollars

Memo For inquiries : 800-860-0908

Control 102743 Notes BS5348

This draft preauthorized by EILEEN FARTHING

⑆072000096⑆ 0306260399⑈ 104579 0000039800⑈

SecurChex™ This document has BLUE background. Line above is MICRO PRINTED wording. Tamperproof ink. ©1999 MEGA WORLD INC. www.checksoft.com Form#CFW1505

Subject Copy of Item

bcc

cc

To Elizabeth A Vanzee/MI/CMA@CMA

Cady E Barr/MI/CMA

03/16/2007 02:05 PM

# Washington Mutual

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 01/27/07
Through: 02/27/07

**Need assistance?**
To reach us anytime,
call 1-800-788-7000
or visit us at wamu.com

CLARA M BOW
CLARA JOYCE HALL
24281 GROVEN LN
MORENO VALLEY CA 92557-6339

Enclosed is important information about changes that may affect your Washington Mutual accounts and services.
For questions, visit your Financial Center or call 1-800-788-7000.

## Your Free Checking Detail Information
### CLARA M BOW
### CLARA JOYCE HALL

Pay bills online from a WaMu checking account at wamu.com. It's Fast, Easy and FREE. You can pay one bill or set up recurring payments, even view payment history online. Log-in today and click on Pay Bills and Loans.

### Your Account at a Glance

| | |
|---|---|
| **Beginning Balance** | **$528.63** |
| Checks Paid | -$347.19 |
| Other Withdrawals | -$992.55 |
| Deposits | +$927.00 |
| **Ending Balance** | **$115.89** |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 01/29 | | $6.99 | |
| 01/29 | | $68.91 | |
| 02/01 | | | $581.00 |
| 02/01 | | $52.78 | |
| 02/02 | | | $246.00 |
| 02/02 | | $21.00 | |
| 02/05 | | $180.00 | |
| 02/06 | | $15.60 | |
| 02/08 | MEDLINE SAVINGS 8663952013 4623 | $398.01 | |
| 02/12 | | $40.68 | |

16 17-E-83      Page 1 of 2      Deposits are FDIC Insured

Form CS50004B 0000031650

# Exhibit 4

First Class Mail
US Postage & Fees Paid
CHAMPLAIN NY
Permit No. 90

# FCM

## USPS FIRST-CLASS MAIL®

Pkg ID: 1030210
0 lbs 6 oz

Medline Savings
16192 coastal highway
LEWES, DE 19958

Return Service Requested

SHIP TO  REVA BALL
509 N HILL ST
GREENEVILLE, TN 37745-3323

IıIlIlllıllıılılılılıllıllıIlıllıIlll

e/ USPS DELIVERY CONFIRM



9101 2514 6017 6004 4423 08

ELECTRONIC RATE APPROVED # 251460176

MEDLINE package

# Medline Savings

**16192 Coastal Highway**
**Lewes, Delaware**
**19958**

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-866-395-2013** to obtain any information you need to use our program. Our office hours are 9:00 a.m. – 5:00 p.m. Monday – Friday.

Again, Congratulations and thank you very much.

Kind Regards,

*Medline Savings*
Management

# Pharmabay.net

**"Simply the <u>SMARTEST</u>
and <u>CHEAPEST</u> way
to buy your <u>PHARMACEUTICALS</u> today"**







# Pharmabay.net

## Membership has its benefits

**Order today to receive both your prescriptions and savings within 7-10 business days.**

As a Member, you will receive the LOWEST OF PRICES on the whole world wide web. As well:

* No Dispensing Fees

* Over 2000 Prescription Drugs in different Strengths

* Up to 90 Days supply permitted

* FAST & DISCREET shipping

* NO SALES TAX to pay

Your membership kit includes your membership card, allowing you to take advantage of all the benefits. Please Be sure to keep your card in a safe place.



YOUR WHOLE FAMILY IS ENTITLED TO HUGE SAVINGS!

## Call Today: 1-866-208-2356



**Order your medications at Canadian Prices And Save upto 90%**



## Compare And Save!



We supply the drugs through a Canadian Pharmacy allowing you to take advantage of the weaker Canadian dollar as well as the Canadian Drug Price Index which ensures that pharmacies can only markup prescriptions by a fraction.

**Save 20-90% on your prescription and non prescription medications!**



| Drug Name | Strength | Price / Tablet | Your Savings |
|-----------|----------|----------------|--------------|
| - Zocor | 20mg | $1.99 | 48% |
| - Zoloft | 25mg | $0.73 | 69% |
| - Allegra | 60mg | $0.56 | 55% |
| - Vioxx | 25mg | $1.16 | 62% |
| - Lipitor | 20mg | $1.83 | 42% |
| - Celebrex | 100mg | $0.73 | 54% |
| - Paxil | 20mg | $1.76 | 39% |
| - Avandamet | 1mg/500mg | $0.74 | 56% |
| - Fosamax | 5mg | $1.57 | 36% |
| - Prozac | 20mg | $1.61 | 55% |
| - Norvasc | 5mg | $1.10 | 23% |

*The savings are based on the prices PER TABLET from leading U.S. pharmacy. All prices and drug availabilities are subject to change.

**"Finally! Prices We can smile about"**

Statistics show that more than ONE MILLION AMERICANS are now buying medicines from Canada, a number that rises by the month. Don't be the last one to join in on the savings!

## How Do I Order?

Ordering Medicines from Pharmabay.net is easy. You can simply call toll-free, email, or fax us your order.

1) Call toll free **1-866-208-2356** and one of our helpful and courteous customer service agents will be happy to assist you.

2) Visit us online at **www.pharmabay.net** to view our full list of medications or to complete your order.

3) Fill out your attached order form and fax it toll-free at **1-888-868-6883**



## May I Help You?



Call **1-866-208-2356**
Today for your FREE consultation.
Remember the cost of prescriptions shouldn't give you a headache!

Look at the back of this pamphlet for more information on YOUR membership benefits. **CALL TODAY TO ORDER YOUR MEDICATIONS**



MINITDRUGS™

# Pharmabay.net Patient Registration Form

**Questions?**
**1-866-208-2356**

## Patient Information:

| | |
|---|---|
| Name: | Primary Physician's Name: |
| Address: | |
| City: | State: | Zip: | Primary Physician's Phone: (    ) |
| Date of Birth: | Height: | Weight: | ○ Male  ○ Female | Patient Phone: (    ) |

## Patient Medical History (Please check all that apply):

○ Blood Disorders   ○ Cancer   ○ Surgical History   ○ Poor Wound Healing   ○ Obesity   ○ Liver Disease   ○ Rheumatoid/Osteo Arthritis

○ Psychiatric Disorders   ○ Heart Disease   ○ Migraines   ○ High Cholesterol   ○ Asthma/COPD   ○ Glaucoma   ○ Chemical Dependency

○ Diabetes   ○ Lung Disease   ○ Respiratory Disorders   ○ High Blood Pressure   ○ Lupus   ○ Kidney Disease   ○ Thyroid/Endocrine Disorders

○ Prostate Cancer   ○ Gastrointestinal Problems

○ Other Illnesses not listed above _____   ○ Medication Allergies _____

Do you require consulting by a Pharmacist?   ○ Yes   ○ No          Would you like a call to remind you of future refills?   ○ Yes   ○ No

Do you exercise regularly?   ○ Yes   ○ No   If yes, how often _____          Do you smoke?   ○ Yes   ○ No   If yes, how often _____

Do you drink alcohol?   ○ Yes   ○ No   If yes, how often _____          Have you had a health exam in the last 12 months?   ○ Yes   ○ No

## Medication You are Currently Taking (but not ordering at this time):

| Medication | Dosage | Frequency | Medication | Dosage | Frequency |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Patient Family Medical History (Please check all that apply):

○ High Blood Pressure   ○ Diabetes   ○ High Cholesterol   ○ Heart or Artery Disease   ○ Alzheimer's   ○ Prostate Cancer   ○ Breast Cancer

○ Other Cancers _____

Payment Type:   ○ Visa   ○ MasterCard   ○ American Express   ○ Discover   ○ Electronic Payment   (if Electronic Payment, please enclose a void check)

Card #: _____   Expiration Date: _____ /_____ Name on card if different than patient: _____

## Order Form:

| Medication | Brand/Generic* | Dosage | Quantity |
|---|---|---|---|
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |

Promo Code: _____          *Please ensure you check your preference in the brand and generic column.

## Affirmation of Mutual Responsibility

Pharmabay.net/Minit Drugs/ Pharmacy-Online.ca, its affiliates and licensees acknowledge all normal responsibilities as professional pharmacists in the supply of pharmaceutical medicines, towards the well being of the patient.

I acknowledge responsibility to provide accurate information and to update information pertaining to my condition and medical requirements. I acknowledge that I am of age of consent in my state and I am responsible for monitoring my medication supply and obtaining new prescriptions and requesting refills from Minit Drugs when required. I understand that I am responsible for the correct usage of any medication supplied by Minit Drugs and any of its affiliates and licensees. Any harm resulting from the incorrect usage of any medication is my sole responsibility.

I hereby release Pharmabay.net Drugs/SWIFTrx including all employees and contracted associates from any and all liability relating to my medical conditions and to the use of any medication legally prescribed and supplied to me by Minit Drugs or any of its affiliates and licensees.

The parties agree that their mutual, legal responsibilities shall be governed by the laws of the province of Alberta, Canada. Both pasties acknowledge that all litigation shall be commenced in the appropriate court located in the City of Calgary, in the province of Alberta, Canada and the parties hereto irrevocably attorn to the jurisdiction of the Court of the Province of Alberta, Canada

| | |
|---|---|
| Signature: | Date: |
| Print Name: | |

# Pharmabay.net

## Pricing Index



**www.pharmabay.net**

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Accolate | 20 mg | 60 | $43.27 |
| AccuChek Compact Strips | | 102 | $60.00 |
| Accupril | 10 mg | 90 | $76.56 |
| Accupril | 20 mg | 90 | $76.56 |
| Accupril | 40 mg | 90 | $76.56 |
| Accupril | 5 mg | 90 | $76.56 |
| Accuretic | 10/12.5mg | 28 | $25.17 |
| Accuretic | 20/12.5mg | 28 | $25.17 |
| Accusoft Advantage Strips | | 100 | $65.00 |
| Accutane | | Not Available | $0.00 |
| Aceon | 2mg | 30 | $21.83 |
| Aceon | 4mg | 90 | $75.00 |
| Aciphex | 10mg | 84 | $70.35 |
| Aciphex | 20mg | 84 | $166.00 |
| Actigall | 250mg | 100 | $122.37 |
| Actonel | 30mg | 30 | $307.31 |
| Actonel | 35mg | 12 | $121.28 |
| Actonel | 5mg | 28 | $50.40 |
| Actos | 15mg | 90 | $175.00 |
| Actos | 30mg | 90 | $265.00 |
| Actos | 45mg | 90 | $350.00 |
| Acular | 0.50% | 10mL | $47.12 |
| Adalat CC | 30mg | 98 | $95.92 |
| Adalat CC | 60mg | 98 | $134.00 |
| Adderall | | Not Available | $0.00 |
| Adipex | | Not Available | $0.00 |
| Advair | 100mcg | 60dose | $69.30 |
| Advair | 250mcg | 60dose | $90.30 |
| Advair | 500mcg | 60dose | $124.95 |
| Aerochamber (non-prescription) | | each | $27.99 |
| Aggrenox | 200/25 | 60 | $58.43 |
| Agrylin | 0.5mg | 100 | $439.91 |
| Albuterol | | Not Available | $0.00 |
| Aldactazide | 25/25mg | 100 | $18.13 |
| Aldactone | 100mg | 100 | $32.80 |
| Aldactone | 25mg | 100 | $18.13 |
| Aldara | | 12 dose | $127.61 |
| Aldomet | | Not Available | $0.00 |
| Aldomet (generic) | 250mg | 100 | $19.00 |
| Aldoril-15 (generic) | 250mg/15mg | 100 | $19.85 |
| Alesse | | 3packs 21's/28's | $43.95 |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Allegra | 120mg | 18 | $22.05 |
| Allegra | 60mg | 36 | $22.05 |
| Allegra D 12h only | 60mg/120mg | 30 | $16.85 |
| Allegra D 24h | 60mg/120mg | Not Available | $0.00 |
| Allopurinol (generic) | 100mg | 100 | $8.03 |
| Allopurinol (generic) | 300mg | 100 | $10.72 |
| Alocril | 2% | 5mL | $31.49 |
| Alphagan | 0.20% | 10mLs | $34.65 |
| Alprazolam (generic) | | Not Available | $0.00 |
| Altace | 10mg | 100 | $95.92 |
| Altace | 2.5mg | 100 | $77.17 |
| Altace | 5mg | 100 | $77.17 |
| Amantadine (generic) | 100mg | 100 | $57.10 |
| Amaryl | 1mg | 90 | $62.97 |
| Amaryl | 2mg | 90 | $62.97 |
| Amaryl | 4mg | 90 | $92.97 |
| Amatine | 5mg | 100 | $92.61 |
| Ambien | | Not Available | $0.00 |
| Amerge | 2.5mg | 6 | $93.30 |
| Amicar | | Not Available | $0.00 |
| Anafranil (generic) | 50mg | 100 | $39.67 |
| Anakit | | Not Available | $0.00 |
| Analpram HC | 1% | 45g | $20.86 |
| Androcur | 50 mg | 60 | $98.73 |
| Androcur (generic) | 50 mg | 60 | $119.90 |
| Androgel | 1% | Not Available | $0.00 |
| Ansaid (generic) | 100mg | 100 | $43.09 |
| Antabuse | | Not Available | $0.00 |
| Anzemet | 100mg | 15 | $419.87 |
| Apresoline | 50mg | 100 | $38.50 |
| Apresoline (generic) | 10mg | 100 | $18.38 |
| Apresoline (generic) | 25mg | 100 | $24.15 |
| Arava | 20mg | 30 | $244.61 |
| Aredia | 30mg/mL | 2 vials | $397.51 |
| Aredia | 90mg/mL | 1 vial | $491.11 |
| Aricept | 10mg | 30 | $121.76 |
| Aricept | 5mg | 30 | $121.76 |
| Arimidex | 1mg | 30 | $147.00 |
| Aristocort C | 0.50% | 15 | $21.00 |
| Aristocort R | 0.10% | 30 | $13.64 |
| Armourthyroid | | Not Available | $0.00 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-208-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Aromasin | 25mg | 30 | $165.10 |
| Artane (generic) | 2mg | 100 | $8.81 |
| Artane (generic) | 5mg | 100 | $11.51 |
| Arthrotec | 50/200mg | 250 | $140.00 |
| Arthrotec | 75/200mg | 250 | $187.98 |
| Asacol | 400mg | 100 | $54.75 |
| Asendin | 100mg | 100 | $67.79 |
| Aspirin | 81mg | 120 | $11.99 |
| Astelin Nasal Spray | | Not Available | $0.00 |
| Atacand | 16mg | 90 | $100.92 |
| Atacand | 8mg | 90 | $100.92 |
| Atacand HCT | 16/12.5mg | 90 | $100.92 |
| Atarax (generic) | 10mg | 100 | $8.39 |
| Atarax (generic) | 25mg | 100 | $8.39 |
| Atarax (generic) | 50mg | 100 | $14.49 |
| Ativan | | Not Available | $0.00 |
| Atrovent | 20mcg/dose | 200 doses | $18.15 |
| Atrovent | 0.03% | 30mL | $32.15 |
| Atrovent | 0.06% | 15mL | $32.15 |
| Atrovent (generic) | 250mcg/mL | 10 nebules | $11.03 |
| Augmentin | 500/125mg | 100 | $174.20 |
| Augmentin(generic) | 250/125mg | 100 | $79.52 |
| Augmentin(generic) | 500/125mg | 100 | $109.61 |
| Avalide | 150/12.5mg | 90 | $108.35 |
| Avalide | 300/12.5mg | 90 | $108.35 |
| Avandamet | 1mg/500mg | 100 | $73.50 |
| Avandamet | 2mg/500mg | 100 | $122.85 |
| Avandamet | 4mg/500mg | 100 | $206.00 |
| Avandia | 2mg | 60 | $80.00 |
| Avandia | 4mg | 100 | $199.00 |
| Avandia | 8mg | 60 | $180.00 |
| Avapro | 150mg | 90 | $95.06 |
| Avapro | 300mg | 90 | $95.06 |
| Aventyl (generic) | 10mg | 100 | $16.79 |
| Aventyl (generic) | 25mg | 100 | $20.00 |
| Axid (generic) | 150mg | 100 | $58.29 |
| Axid (generic) | 300mg | 100 | $109.11 |
| Aygestin | 5mg | 30 | $31.33 |
| Azmacort | | Not Available | $0.00 |
| Azopt | 1% | 5mL | $22.33 |
| Azulfidine EN | 500mg | 100 | $19.85 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Bactrim (generic) | 400/80mg | 100 | $16.18 |
| Bactrim D.S. (generic) | 800/160mg | 100 | $23.14 |
| Bactroban | | 30grams | $27.55 |
| Baycol | | discontinued | $0.00 |
| BD Insulin Syringes (assorted) | | 100 | $22.00 |
| Beconase Aq (generic) | 50mcg | inhaler | $29.86 |
| Bentyl | 10mg | 100 | $16.53 |
| Bentyl | 20mg | 100 | $22.04 |
| Benuryl | 500mg | 100 | $30.86 |
| Benzac wash | 5% | 225ml | $12.59 |
| Benzamycin reg | | 23.3grams | $25.19 |
| Betagan (generic) | 0.25% | 5ml | $11.00 |
| Betagan (generic) | 0.50% | 15mL | $29.00 |
| Betaloc (generic) | 25mg | 100 | $14.33 |
| Betapace (generic) | 160mg | 100 | $65.05 |
| Betapace (generic) | 80mg | 100 | $61.74 |
| Betoptic S | 0.25% | 10mL | $33.56 |
| Betoptic S (generic) | 0.50% | 10ml | $26.00 |
| Bextra | 10mg | 100 | $145.00 |
| Bextra | 20mg | 100 | $145.00 |
| Biaxin | 250mg | 100 | $137.47 |
| Biaxin | 500mg | 100 | $274.95 |
| Biaxin XL | 500mg | 20 | $54.99 |
| Blocadren (generic) | 10mg | 100 | $36.37 |
| Blocadren (generic) | 20mg | 100 | $57.32 |
| Bonamine | 25 mg | 100 | $29.76 |
| Bonefos | 400mg | 120 | $208.07 |
| Brethine | | discontinued | $0.00 |
| Brevicon | 0.5/35 | (3months) | $43.50 |
| Brevicon | Jan-35 | (3months) | $43.50 |
| Bricanyl turbuhaler | 0.5mg | | $23.40 |
| Bumex | 1mg | 30 | $26.00 |
| Buspar | 10 mg | 100 | $101.92 |
| Buspar (generic) | 10 mg | 100 | $67.52 |
| Cafergot | 1mg/100mg | 100 | $60.00 |
| Capoten (generic) | 12.5mg | 100 | $18.73 |
| Capoten (generic) | 25mg | 100 | $25.35 |
| Capoten (generic) | 50mg | 100 | $56.22 |
| Cardizem CD | 240mg | 100 | $201.65 |
| Cardizem CD (generic) | 120mg | 100 | $72.44 |
| Cardizem CD (generic) | 180mg | 100 | $97.37 |

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Cardizem CD (generic) | 240mg | 100 | $120.75 |
| Cardizem CD (generic) | 300mg | 100 | $155.46 |
| Cardizem(generic) | 60mg | 100 | $40.79 |
| Cardura | 2mg | 100 | $70.34 |
| Cardura | 4mg | 100 | $89.77 |
| Cardura (generic) | 1mg | 100 | $41.40 |
| Cardura (generic) | 2mg | 100 | $50.70 |
| Cardura (generic) | 4mg | 100 | $56.58 |
| Casodex | 50mg | 30 | $184.80 |
| Cataflam | 50mg | 100 | $65.05 |
| Cataflam (generic) | 50mg | 100 | $43.41 |
| Catapres (generic) | 0.1mg | 100 | $15.29 |
| Catapres (generic) | 0.2mg | 100 | $32.00 |
| Caverject | 10mcg | 1 | $16.49 |
| Caverject | 20mcg | 1 | $21.98 |
| Caverject | 20mcg | 5 | $100.32 |
| Ceftin | 250mg | 60 | $120.26 |
| Ceftin | 500mg | 60 | $210.99 |
| Ceftin (generic) | 250mg | 100 | $101.21 |
| Ceftin (generic) | 500mg | 100 | $215.00 |
| Cefzil | 250mg | 100 | $173.75 |
| Celebrex | 100 mg | 100 | $72.77 |
| Celebrex | 200 mg | 100 | $122.82 |
| Celestoderm V | 0.10% | 450gm | $17.84 |
| Celestoderm V/2 | 0.05% | 450gm | $15.74 |
| Celexa | 20mg | 30 | $38.65 |
| Celexa | 40mg | 30 | $47.33 |
| Cellcept | 250mg | 300 | $562.29 |
| Cellcept | 500mg | 50 | $198.45 |
| Celontin | 300mg | 100 | $39.47 |
| Cilioxan | 0.30% | 5ml | $19.85 |
| Cipro | 250mg | 100 | $217.44 |
| Cipro | 500mg | 100 | $267.75 |
| Cipro | 750mg | 50 | $215.25 |
| Cipro HC otic | | 10mL | $28.67 |
| Clarinex | 5mg | 30 | $29.76 |
| Claritin | | 100mL | $10.49 |
| Claritin | 10mg | 100 | $82.45 |
| Claritin (generic) | 10mg | 108 | $66.15 |
| Claritin (Redi tab quick dissolve) | 10 mg | 24 | $31.50 |
| Claritin 24h (not decongestant) | 10mg | 100 | $90.30 |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change